UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-5503-MWF(MRWx)**                              Dated: **March 11, 2014**

Title:      Star Fabrics, Inc. -v- Sans Souci, LLC., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

      Rita Sanchez                                            None Present
      Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

      In light of the Notice of Settlement filed March 11, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for April 28, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

      IT IS SO ORDERED.

MINUTES FORM 90                                             Initials of Deputy Clerk   rs
CIVIL - GEN